# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Brandon Jones,                                                    Case No. 19cv1190

        Plaintiff

   v.                                                        **ORDER**

Corrections Officer Grimm, et al.,

        Defendants.

       This is a civil rights case in which Magistrate Judge James R. Knepp II has filed a Report and Recommendation recommending that I grant defendants' motion to dismiss (Doc. 11).

       The Magistrate Judge notified the parties that any objections to the R&R were due within fourteen days after the filing of his R&R, which occurred on March 3, 2020. Because Jones did not file a timely objection, he forfeited his right to de novo review of the R&R. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). I need only "satisfy [myself] that there is no clear error on the face of the record in order to accept the recommendation." *Bogan v. Morgan*, 2012 WL 3776514, *1 (N.D. Ohio 2012) (Gaughan, J.).

       Having reviewed the Magistrate Judge's careful handling of Jones's claim under 42 U.S.C. § 1983, I am satisfied that the R&R properly disposes of this case.

       It is, therefore,

       ORDERED THAT: The Magistrate Judge's Report and Recommendation (Doc. 12) be, and the same hereby is, adopted as the order of the court.

So ordered.

                                                                                       /s/ James G. Carr
                                                                                        Sr. U.S. District Judge